Isaac O. Farber v. Essie Construction Company.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Jehkab Krishkan v. The New York Savings Bank.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Samuel Borchardt v. Lord Electric Company.— Motion denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Anthony Bagorozy v. Albert Pesce and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Alberto Bimboni v. John McCormack.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

August Emanuele v. Fruit Auction Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Florence Herrmann v. Henry M. Susswein, as Administrator, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Amelia J. Court v. The Bankers Trust Company.— Motion granted; question certified as stated in order. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Austin D. Lord and Others v. The City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Alice V. Leavitt, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.